Form otfrcase

**UNITED STATES BANKRUPTCY COURT**

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

*In Re:*  Darren P DeWitt and Lisa M DeWitt
      *Debtor(s)*

*Case No.:*  08−82875                    *Chapter:*  7

## *ORDER*

**IT IS HEREBY ORDERED** that the above captioned case is transferred to the U.S. Bankruptcy Court, Northern District, Western Division. 211 S. Court St., Rockford, Illinois.

**Entered:** 11/10/08

                              /S/
                              Thomas L. Perkins
                              U.S. Bankruptcy Judge

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.